# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

July 24, 2019

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

     Re:   James D. Brigman
             v. United States
             No. 19-5307
             (Your No. 17-3176; 18-3136; 18-3137; 18-3135; 18-3194; 18-3140; 18-3139)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on July 22, 2019 and placed on the docket July 24, 2019 as No. 19-5307.

                Sincerely,

                **Scott S. Harris**, Clerk

                by

                Susan Frimpong
                Case Analyst